■ GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY, Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Respondents.— Order modified by striking therefrom the third ordering paragraph thereof and inserting in place therof the following: " Ordered that such examination and production are hereby allowed upon ten days' notice by the plaintiffs specifying the time, the place within the City of Rochester, and the person before whom they shall be held", and as so modified the order is affirmed, with $10 costs and disbursements to the appellant. Memorandum: The Special Term Justice improvidently exercised his discretion in directing that the examination of defendant Lincoln Rochester Trust Company be held after the service of an additional or supplemental bill of particulars. An immediate examination should expedite and hasten disposition of the case and the determination of the issues, which has already been too long delayed. All concur, Goldman, J., not participating. (Appeal from an order of Monroe Special Term overruling plaintiffs' motion for examination before trial of Lincoln Rochester Trust Company forthwith and granting the motion after 10 days' notice after the final determination of defendants' motions under rule 115 of the Rules of Civil Practice with respect to the bill of particulars.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY, Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Respondents.— Order reversed, with $10 costs and disbursements and motion denied, without costs, without prejudice to the right to renew upon proper papers if defendants are so advised after completion of examinations to be had under the orders in the companion appeals and after plaintiffs have furnished an additional or supplemental bill of particulars, if so advised, or have had a reasonable time thereafter to do so. Memorandum: The order appealed from must be reversed without prejudice to the right to renew upon the conditions stated in our order herein. The order under review is much too broad and, in effect, disregards plaintiffs' compliance with certain items of the demand, in that it would require plaintiffs to furnish again some of the

information demanded which has been furnished. Furthermore, an additional or supplemental bill of particulars, if furnished, would probably be more definite and positive after the completion of the examination before trial. All concur, Goldman, J., not participating. (Appeal from an order of Monroe Special Term granting defendants' motion for an order of preclusion unless a further bill of particulars is served.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.